In the Matter of the Application of CHARLES BARTHEL-MESS et al., Respondents, *v.* MORRIS CUKOR et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

LAWRENCE J. BENNETT et al., Appellants.

*Appeal — unanimous affirmance of order denying motion for leave to intervene — appeal, without permission, to Court of Appeals dismissed.*

*Matter of Barthelmess* v. *Cukor*, 201 App. Div. 881, appeal dismissed.
(Submitted November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1922, which unanimously affirmed an order of Special Term denying a motion by appellants herein to be made parties defendant in the above-entitled proceeding.

*Florence J. Sullivan* for appellants.

*Albert de Roode* for relators, respondents.

*John P. O'Brien*, Corporation Counsel (*John F. O'Brien* of counsel), for defendants, respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.